UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TINA WILLIAMS, | No. 2:06-mc-0125-MCE-EFB |
| v. | |
| JIM HARRIS, | **RELATED CASE ORDER** |
|     Movant. | |
| TINA WILLIAMS, | No. 2:06-mc-0126-DFL-KJM |
| v. | |
| JIM HARRIS, | |
|     Movant. | |

Examination of the above-entitled miscellaneous civil actions reveals that these actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involve many of the same defendants and are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by different judges.

///

///

1  Accordingly, the assignment of the matters to the same judge is
2  likely to effect a substantial savings of judicial effort and is
3  also likely to be convenient for the parties.
4      The parties should be aware that relating the cases under
5  Local Rule 83-123 merely has the result that both actions are
6  assigned to the same judge; no consolidation of the action is
7  effected.  Under the regular practice of this court, related
8  cases are generally assigned to the district judge and magistrate
9  judge to whom the first filed action was assigned.
10     IT IS THEREFORE ORDERED that the action denominated
11 2:06-mc-0126-DFL-KJM, *Tina Williams v. Jim Harris* is reassigned
12 to Judge Morrison C. England, Jr., and Magistrate Judge Edward F.
13 Brennan for all further proceedings, and any dates currently set
14 in this reassigned case only is hereby VACATED.  Henceforth, the
15 caption on documents filed in the reassigned case shall be shown
16 as 2:06-mc-0126-MCE-EFB.
17     IT IS FURTHER ORDERED that the Clerk of the Court make
18 appropriate adjustment in the assignment of miscellaneous civil
19 cases to compensate for this reassignment.
20     IT IS SO ORDERED.
21 DATED: December 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2